## DOUGLAS v. TAYLOR.

*Simmons, C. J.*—There was no error at the trial, and the verdict, under the evidence, was manifestly right.

*Judgment affirmed.*

Submitted November 30,—Decided December 17, 1896.

Ejectment.　Before Judge Sweat.　Appling superior court.　January 25, 1896.

*Hitch & Myers* and *E. P. Padgett*, for plaintiff in error.
*G. J. Holton & Son* and *E. D. Graham*, contra.

## MONROE v. MOORE.

*Lumpkin, J.*—The objection to the evidence alleged to have been illegally admitted was not well taken; the charge complained of was not erroneous, and the evidence warranted the verdict.

*Judgment affirmed.*

Submitted November 30,—Decided December 17, 1896.

Complaint on notes.　Before Judge Sweat.　Coffee superior court.　January 8, 1896.

*Elisha D. Graham*, for plaintiff.